UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH TRIM, SR. (#131082) | CIVIL ACTION NO. |
| VERSUS | 22-459-JWD-EWD |
| EDWARD D. BICKHAM, ET AL. | |

*CONSOLIDATED WITH*

| | |
|---|---|
| JOSEPH TRIM, SR. (#131082) | CIVIL ACTION NO. |
| VERSUS | 22-460-JWD-EWD |
| E. DUSTIN BICKHAM, ET AL. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 6, 2023 (Doc. 5), to which no objection was filed;

**IT IS ORDERED** that Plaintiff Joseph Trim, Sr.'s claims of deliberate medical indifference arising in June 2022 are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A due to his failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e.[1]

**IT IS FURTHER ORDERED** that Trim's remaining claims are **DISMISSED WITHOUT PREJUDICE** as improperly cumulated.

Signed in Baton Rouge, Louisiana, on April 4, 2023.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Trim is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings *in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Should this Report and Recommendation be adopted, the Ruling in this matter will count as a strike.